IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARYCE POMPETTI, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 2:16-cv-01313-JCJ |
| ROYAL FARMS CO., individually and t/a ROYAL FARMS, | : : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this    23rd    day of June, 2016, upon consideration of Plaintiff's Motion to Remand (Doc. No. 3), and Defendant's opposition thereto (Doc. No. 4), it is hereby ORDERED that Plaintiff's Motion is GRANTED, and the case is remanded in its entirety to the Court of Common Pleas, Philadelphia County, under the same Court Term and Number under which it was originally filed. This transfer shall be effected by the filing of a certified copy of the docket entries, pleadings, and other documents of record with the Office of Judicial Records of the Court of Common Pleas, Philadelphia County, and the Clerk is hereby authorized and directed to transfer the record of this case to the Office of Judicial Records of the Court of Common Pleas, Philadelphia County.

Additionally, the Court GRANTS Plaintiff's request for attorney fees and hereby awards $1,000 to be paid by Defendant.

BY THE COURT:

<u>s/J. Curtis Joyner</u>

J. CURTIS JOYNER, J.